**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

Civil Action No. 3:16-cv-739

**DENNIS YANCEY,**

    **Plaintiff,**

v.

**INGERSOLL-RAND COMPANY,**

    **Defendant.**

# EXHIBIT 2

### (Notice of Removal)

| STATE OF NORTH CAROLINA | | File No. 16 CVS 14838 |
|---|---|---|
| Mecklenburg County | FILED | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |
| Name Of Plaintiff<br>Dennis Yancey | 2016 AUG 19 PM 12: 42 | **APPLICATION AND ORDER<br>EXTENDING TIME TO<br>FILE COMPLAINT** |
| VERSUS | MECKLENBURG CO., C.S.C. | |
| Name Of Defendant<br>Ingersoll-Rand Company | BY | G.S. 1A-1, Rule 3 |

## APPLICATION

The undersigned requests permission to file a complaint in this action within twenty (20) days of any order granting this Application, as provided in Rule 3 of the Rules of Civil Procedure. The nature and purpose of the action are:

Name And Purpose Of The Action
This is an action for damages stemming from Defendant's violation of the Americans with Disabilities Act, Family Medical Leave Act, and North Carolina Wrongful Discharge in Violation of Public Policy.

| Date<br>8/19/16 | Signature | ☐ Applicant<br>☒ Attorney For Applicant |
|---|---|---|

## ORDER

The Court states that the nature and purpose of this action are as set forth above.

Therefore, it is ORDERED that permission is granted to the applicant to file a complaint in this action up to and including the date shown below.

| File Complaint On Or Before<br>Sept. 8th, 2016<br>(Date must be within 20 days of date of Order.) | Date Of Order<br>Aug. 19, 2016<br>Signature<br>☒ Assistant Clerk Of Superior Court  ☐ Clerk Of Superior Court |
|---|---|

**NOTE:** *Under Rule 3 of the Rules of Civil Procedure, upon entry of this Order, a summons shall be issued and the summons and a copy of this Order must be served in accordance with the provisions of Rule 4. A complaint must be filed in this action within the period provided above and that complaint must be served in accordance with the provisions of Rule 4 or by registered mail if the plaintiff so elects. If a complaint is not filed within the above period, the action shall abate.*

AOC-CV-101, Rev. 7/11
© 2011 Administrative Office of the Courts

(Over)

Case 3:16-cv-00739-RJC-DCK   Document 1-2   Filed 10/26/16   Page 2 of 2