# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:16-CV-739-RJC-DCK

| | |
|---|---|
| DENNIS YANCEY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| INGERSOLL-RAND COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Substitute Proper Defendant" (Document No. 4) filed November 1, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Substitute Proper Defendant" (Document No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that Trane U.S., Inc. be substituted for Ingersoll-Rand Company as the appropriate Defendant in the above-captioned action.

Signed: November 1, 2016

David C. Keesler
United States Magistrate Judge